IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: §
§
ANTOINETTE V SMITH-CHINNERY § CASE NO. 09-29367-BKC-AJC
§ CHAPTER 13
§
§ JUDGE A. JAY CRISTOL

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**HSBC Auto Finance**
P. O. Box 829009
Dallas, Texas 75382-9009

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7503-N-6262
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for HSBC Auto Finance

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 24, 2009:

**Debtors' Attorney**
Antoinette V Smith-chinnery
Debtor Pro Se
1845 NW 121 St
Miami, FL  33167

**Chapter 13 Trustee**
Nancy N. Herkert
Post Office Box 279806
Miramar, Florida 33027-4166

**U.S. Trustee**
Office of U.S. Trustee
51 S.W. First Avenue, Room 904
Miami, Florida 33130

      /s/ Joe M. Lozano, Jr.

      Joe M. Lozano, Jr.

7503-N-6262
noaelect