UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-29367-BKC-AJC

Chapter 13

IN RE:                                            :
                                                  :
Antoinette Smith-Chinnery,                        :
                                                  :
            Debtor(s).                            :
_____                   :

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE**

Lawrence M. Weisberg, Esquire, hereby gives notice of appearance in this cause as Counsel for Creditor, GRP Loan, LLC.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by CM/ECF transmission or standard first class mail on the 21st day of October, 2009 to the following:

Antoinette V. Smith-Chinnery, 1845 N.W. 121 Street, Miami, Florida  33167

HSBC Auto Finance, c/o Joe M. Lozano, Esquire, 9441 LBJ Freeway #350, Dallas, Texas  75243

Nancy N. Herkert, P. O. Box 279806, Miramar, Florida  33027

Office of the U.S. Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, Florida  33130

2

Dated: October 21, 2009                    Respectfully submitted,


                                          By: /s/ Lawrence M. Weisberg, Esquire
                                          Lawrence M. Weisberg, Esquire
                                          Florida Bar No. 962198
                                          Counsel for GRP Loan, LLC
                                          Steven B. Greenfield, P.A.
                                          7000 W. Palmetto Park Road, Suite 402
                                          Boca Raton, Florida   33433
                                          Telephone: (561) 362-7355
                                          Facsimile: (561) 828-5858
                                          E-mail: larryweisberg@lmwlegal.com

2